**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VICTOR QUINONES,**
                **Plaintiff,**

**-vs-**                                          Case No. 6:09-cv-299-Orl-31GJK

**JPMORGAN CHASE & CO., and CHASE**
**BANKCARD SERVICES, INC.,**
                **Defendants.**
_____

## ORDER

This cause comes before the Court on Joint Motion to Approve Settlement (Doc. No. 50) filed November 13, 2009.

On January 8, 2010, the United States Magistrate Judge issued a report (Doc. No. 51) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Joint Motion to Approve Settlement is GRANTED. The Settlement Agreement is approved; the case is DISMISSED with prejudice; the case is removed from the November trial docket; and the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of January, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE